## Commonwealth *v.* Stahl, Appellant.

*Criminal law—Street walkers—Disorderly conduct—Municipal Court of Philadelphia County—Jurisdiction—Appeals.*

The Municipal Court of Philadelphia County under the Act of June 17, 1915, P. L. 1017, has exclusive jurisdiction to try indictments against women as disorderly street walkers. In such cases appeals do not take up the evidence, and if the proceedings are regular convictions will be sustained.

Submitted April 23, 1918. Appeal, No. 87, Oct. T., 1918, by defendant, from judgment of Municipal Court Philadelphia Co., Feb. T., 1918, No. 435, in case of Commonwealth v. Isabella Stahl. Before ORLADY, P. J., PORTER, HENDERSON and HEAD, JJ. Affirmed.

Indictment for street walking. Before GORMAN, J.

Verdict—Opinion of the Court. [70 Pa. Superior Ct.

Verdict of guilty upon which judgment of sentence was passed.

*Error assigned* was in entering judgment against defendant.

*Wm. F. Rorke,* for appellant.

*Samuel P. Rotan,* District Attorney, and *Franklin E. Barr,* Assistant District Attorney, for appellee.

PER CURIAM, July 18, 1918:

The municipal court has exclusive jurisdiction in cases of this character, under the Act of June 17, 1915, P. L. 1017. The proceedings are regular, and after a hearing the defendant was found guilty. This appeal is but a certiorari, and the testimony is not before us. The appeal is dismissed, the record remitted to the court below, and it is ordered that the appellant appear at such time as she may be called and be by that court committed until she has complied with the sentence or any part of it that had not been performed at the time this appeal became a supersedeas.